IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00783-GPG

CHARMAINE M. BLANKS,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

ORDER OF DISMISSAL

---

Plaintiff Charmaine M. Blanks currently resides in Longmont, Colorado.  Plaintiff initiated this action by filing *pro se* a Complaint, ECF No. 1, challenging the denial of Social Security disability benefits.  In an order entered on May 2, 2015, Magistrate Judge Gordon P. Gallagher told Plaintiff that if she intends to pursue an action she must cure certain deficiencies.  Specifically, Magistrate Judge Gallagher directed Plaintiff to provide an Application to Proceed in District Court Without Prepaying Fees or in the alternative to pay the $400 filing fee.  Magistrate Judge Gallagher warned Plaintiff that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

The thirty days now has run; and Plaintiff has not communicated with the Court. The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438

(1962).  If Plaintiff files a notice of appeal she must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the May 2, 2015 Order, within the time allowed, and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that all pending motions are denied.

DATED at Denver, Colorado, this   4th   day of       June        , 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court